UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| JORGE POLANCO, | Case No.: 2:24-cv-02184-APG-NJK |
|---|---|
| Plaintiff | **Order Striking Certificate of Interested Parties** |
| v. | |
| JANNA KANIS, | |
| Defendant | |

I ORDER that the defendant's certificate of interested parties (ECF No. 2) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). The certificate does not identify the defendant's citizenship.

I FURTHER ORDER the defendant to file a proper certificate of interested parties by December 10, 2024.

DATED this 26th day of November, 2024.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE