**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JORGE POLANCO, | Case No.: 2:24-cv-02184-APG-NJK |
| Plaintiff | **Order Striking Certificate of Interested Parties** |
| v. | |
| JANNA KANIS, | |
| Defendant | |

I ORDER that plaintiff Jorge Polanco's certificate of interested parties (ECF No. 7) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). The certificate does not identify Polanco's citizenship as required by that rule.

I FURTHER ORDER plaintiff Jorge Polanco to file a proper certificate of interested parties by December 20, 2024.

DATED this 6th day of December, 2024.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE