# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JORGE POLANCO,

    Plaintiff,

v.

JANNA KANIS et al.,

    Defendants.

Case No. 2:24-cv-02184-APG-NJK

**Order**

[Docket Nos. 21, 22]

    Pending before the Court are Defendant Janna Kanis's motions to compel and to extend time. Docket Nos. 21, 22. Plaintiff must file a response by September 9, 2025, and any reply must be filed by September 11, 2025.

    IT IS SO ORDERED.

    Dated: September 2, 2025

                                                    Nancy J. Koppe
                                                    United States Magistrate Judge