Jay J. Schuttert, Esq. (SBN 8656)
David W. Gutke, Esq. (SBN 9820)
Brennen D Marshall, Esq. (SBN 16578)
**EVANS FEARS SCHUTTERT MCNULTY MICKUS**
6720 Via Austi Parkway, Suite 300
Las Vegas, NV 89119
Telephone: (702) 805-0290
Facsimile: (702) 805-0291
jschuttert@efsmmlaw.com
dgutke@efsmmlaw.com
bmarshall@efsmmlaw.com

*Attorneys for Defendant Janna Kanis*

# UNITED STATES DISTRICT COURT

# FOR THE STATE OF NEVADA

| | |
|---|---|
| JORGE POLANCO, individually,<br><br>Plaintiff,<br><br>v.<br><br>JANNA KANIS, individually; DOES 1 through 10, inclusive; and ROE ENTITIES 11 through 20, inclusive,<br><br>Defendants. | Case No. 2:24−cv−02184−APG−NJK<br><br>**JOINT STIPULATION AND ORDER DISMISSING CASE WITH PREJUDICE** |

   IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff JORGE POLANCO and Defendant JANNA KANIS, by and through their respective undersigned counsel of record, that this entire matter be dismissed against all parties with prejudice. Each party shall bear their own costs, expenses, and attorneys' fees.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

*Polanco v. Kanis*
USDC Case No. 2:24−cv−02184−APG−NJK
*Joint Stipulation and Order Dismissing Case With Prejudice*

Dated: December 23, 2025.

| | |
|---|---|
| **EVANS FEARS SCHUTTERT MCNULTY MICKUS** | **BENSON ALLRED INJURY LAW** |
| */s/ Brennen D Marshall* | */s/ Joshua L. Benson* |
| Jay J. Schuttert, Esq. (SBN 8656) | Joshua L. Benson, Esq. (SBN 10514) |
| David W. Gutke, Esq. (SBN 9820) | 333 N. Rancho Dr., Ste 420 |
| Brennen D Marshall, Esq. (SBN 16578) | Las Vegas, Nevada 89106 |
| 6720 Via Austi Parkway, Suite 300 | *Attorneys for Plaintiff* |
| Las Vegas, Nevada 89119 | |
| *Attorneys for Defendant Janna Kanis* | |

## ORDER

**IT IS SO ORDERED**.

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: December 28, 2025

Case No. 2:24-CV-02184-APG-NJK

Respectfully submitted by:

**EVANS FEARS SCHUTTERT MCNULTY MICKUS**

*/s/ Brennen D Marshall*
Jay J. Schuttert, Esq. (SBN 8656)
David W. Gutke, Esq. (SBN 9820)
Brennen D Marshall, Esq. (SBN 16578)
6720 Via Austi Parkway, Suite 300
Las Vegas, NV 89119

*Attorneys for Defendant Janna Kanis*